UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ODESSA BABBITT

v. C.A. No. 07-274 DLM

WESTIN PROVIDENCE; WESTIN
MANAGEMENT COMPANY NORTH;
STARWOOD HOTELS AND RESORTS
WORLDWIDE, INC. and
THE PROCACCIANTI GROUP, LLC

**STIPULATION**

Starwood Hotels and Resorts Worldwide, Inc. and The Procaccianti Group, LLC shall have until August 31, 2007 in which to answer or otherwise respond to the Plaintiff's Complaint in the above captioned matter.

Starwood Hotels and Resorts Worldwide, Inc. and
The Procaccianti Group, LLC
By their Attorney,

/S/ Dennis R. Gannon

Dennis R. Gannon, #2280
dgannonesq@cox.net
1140 Reservoir Avenue, Suite 3A
Cranston, RI 02920
(401) 228-8180
(866) 909-9863 (Fax)
Dated: August 9, 2007

Odessa Babbitt,
By her attorney,

/S/ Stephen T. Fanning

Stephen T. Fanning, Esq. #3900
stephenfanning@msn.com
305 South Main Street
Providence, RI 02903
401-272-8250
401-272-4520 (Fax)
Dated: August 9, 2007