UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ODESSA BABBITT

v. C.A. No. 07-274 DLM

WESTIN PROVIDENCE; WESTIN MANAGEMENT COMPANY NORTH; STARWOOD HOTELS AND RESORTS WORLDWIDE, INC. and THE PROCACCIANTI GROUP, LLC

**ENTRY OF APPEARANCE**

I hereby enter my appearance on behalf of Starwood Hotels and Resorts Worldwide, Inc. and The Procaccianti Group, LLC.

Starwood Hotels and Resorts Worldwide, Inc. and
The Procaccianti Group, LLC
By their Attorney,

/S/ Dennis R. Gannon

Dennis R. Gannon, #2280
dgannonesq@cox.net
1140 Reservoir Avenue, Suite 3A
Cranston, RI 02920
(401) 228-8180
(866) 909-9863 (Fax)
Dated: August 9, 2007

**CERTIFICATION**

I hereby certify that on the 9th day of August, 2007 a true and accurate copy of the within was sent by electronic means to Stephen T. Fanning, Esq., 305 South Main Street, Providence, RI 02903

/S/ Dennis R. Gannon

Dennis R. Gannon