UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ODESSA BABBITT

v. C.A. No. 07-274 DLM

PRI XVIII, L.P. d/b/a
The Westin Providence

**STIPULATION**

PRI XVIII, L.P. d/b/a The Westin Providence shall have until September 17, 2007 in which to answer or otherwise respond to the Plaintiff's Amended Complaint in the above captioned matter.

PRI XVIII, L.P. d/b/a The Westin Providence
By its Attorney,

/S/ Dennis R. Gannon

Dennis R. Gannon, #2280
dgannonesq@cox.net
1140 Reservoir Avenue, Suite 3A
Cranston, RI 02920
(401) 228-8180
(866) 909-9863 (Fax)
Dated: August 29, 2007

Odessa Babbitt,
By her attorney,

/S/ Stephen T. Fanning

Stephen T. Fanning, Esq. #3900
stephenfanning@msn.com
305 South Main Street
Providence, RI 02903
401-272-8250
401-272-4520 (Fax)
Dated: August 29, 2007