**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ODESSA BABBITT
Plaintiff

C.A. No. 07-274

v.

PRI XVIII, L.P. D/B/A
THE WESTIN PROVIDENCE
Defendant

**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO OBJECT OR OTHERWISE RESPOND TO DEFENDANT'S INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS**

The undersigned Parties hereby stipulate and agree, with the approval of the Court, that the Plaintiff may have an extension from September 28, 2007 until October 12, 2007 to object to or otherwise respond to Defendant's Interrogatories and Request for Production of Documents.

Respectfully Submitted,
Plaintiff,
Odessa Babbitt

By her Attorney,
Stephen T. Fanning

/s/ Stephen T. Fanning (#3900)
305 South Main Street
Providence, RI 02903
401-272-8250/401-272-4520 (FAX)

Defendant,
PRI XVIII, L.P. D/B/A
THE WESTIN PROVIDENCE
By its Attorney
Dennis R. Gannon

/s/ Dennis R. Gannon (#2280)
1140 Reservoir Ave., Suite 3A
Cranston, RI 02920
401-228-8180/ 866-909-9863 FAX

**Certification**

I hereby certify that a true and correct copy of the above was served on September 28, 2007 to counsel for the Defendant, Dennis R. Gannon, Esq. at 1140 Reservoir Ave.; Cranston, RI 02920 by electronic mail.

/s/ Stephen T. Fanning