UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ODESSA BABBITT

v. C.A. No. 07-274 DLM

PRI XVIII, L.P. d/b/a
The Westin Providence

**AMENDED STIPULATION**

PRI XVIII, L.P. d/b/a The Westin Providence shall have until January 28, 2008 in which to respond to the Plaintiff's First Set of Interrogatories and Plaintiff's First Request for Production of Documents, both dated November 27, 2007, in the above captioned matter.

PRI XVIII, L.P. d/b/a The Westin Providence
By its Attorney,

/S/ Dennis R. Gannon

Dennis R. Gannon, #2280
dgannonesq@cox.net
1140 Reservoir Avenue, Suite 3A
Cranston, RI 02920
(401) 228-8180
(866) 909-9863 (Fax)
Dated: December 19, 2007

Odessa Babbitt,
By her attorney,

/S/ Stephen T. Fanning

Stephen T. Fanning, Esq. #3900
stephenfanning@msn.com
305 South Main Street
Providence, RI 02903
401-272-8250
401-272-4520 (Fax)
Dated: December 19, 2007