**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ODESSA BABBIT, | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | C.A. No.: 07-274 |
| | ) | |
| PRI XVIII, L.P. d/b/a | ) | |
| The Westin Providence | ) | |
| | ) | |
| Defendant | ) | |

## ENTRY OF APPEARANCE

Neal J. McNamara hereby enters his appearance on behalf of Defendant, PRI XVIII, L.P. d/b/a The Westin Providence.

Defendant, PRI XVIII, L.P. d/b/a
The Westin Providence,

By its attorney,

/s/ Neal J. McNamara
Neal J. McNamara (#4249)
Nixon Peabody LLP
One Citizens Plaza – 5th Floor
Providence, RI 02903

Dated: January 24, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that I mailed a true and accurate copy of the within Entry of Appearance by regular mail, postage prepaid to Stephen T. Fanning, Esq., 305 South Main Street, Providence, RI 02903, stephenfanning@msn.com and Dennis R. Gannon, Esq., 1140 Reservoir Avenue, Cranston, RI 20920, dgannon@procgroup.com via electronic mail and regular mail, postage prepaid on this 24th day of January, 2008.

/s/ Neal J. McNamara