UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ODESSA BABBITT,<br>Plaintiff, | : | |
| v. | : | C.A. NO. 07-274 DLM |
| PRI XVIII, L.P. d/b/a/<br>THE WESTIN PROVIDENCE<br>Defendant. | : | |

**MOTION TO ENLARGE DISCOVERY**

Defendant PRI XVIII, L.P. d/b/a The Westin Providence ("Defendant") hereby moves to enlarge the close of discovery from February 19, 2008, up through and including May 15, 2008. Neal J. McNamara entered his appearance as counsel for Defendant on January 24, 2008. Attorney McNamara will proceed as lead defense counsel, although Dennis R. Gannon will continue to represent Defendant. The enlarged deadline Defendant requests will permit new counsel to complete adequate discovery, without prejudice to either party. Plaintiff's counsel has no objection to the proposed enlarged deadline.

Respectfully submitted,

PRI XVIII, L.P. d/b/a
THE WESTIN PROVIDENCE

By its attorneys,

/s/Neal J. McNamara
Neal J. McNamara (#4249)
Jillian S. Folger-Hartwell (#6970)
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (facsimile)
nmcnamara@nixonpeabody.com
jfolgerhartwell@nixonpeabody.com

Dated: February 6, 2008

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion to Enlarge Discovery was served via electronic delivery to Stephen T. Fanning, Esq., 305 South Main Street, Providence, RI 02903 this 6th day of February, 2008.

/s/Neal J. McNamara_