UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ODESSA BABBITT,<br>Plaintiff,<br><br>v.<br><br>PRI XVIII, L.P. d/b/a/<br>THE WESTIN PROVIDENCE<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. NO. 07-274 DLM |

**ENTRY OF APPEARANCE**

Jillian S. Folger-Hartwell hereby enters her appearance as counsel for Defendant PRI XVII, L.P. d/b/a The Westin Providence. Neal J. McNamara remains as counsel for the above-named Defendant.

Respectfully submitted,

PRI XVIII, L.P. d/b/a
THE WESTIN PROVIDENCE
By its attorneys,

/s/ Neal J. McNamara

Neal J. McNamara (#4249)
Jillian S. Folger-Hartwell (#6970)
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (facsimile)
nmcnamara@nixonpeabody.com
jfolgerhartwell@nixonpeabody.com

Dated: February 6, 2008

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion to Enlarge Discovery was served via electronic delivery to Stephen T. Fanning, Esq., 305 South Main Street, Providence, RI 02903 this 6th day of February, 2008.

/s/ Neal J. McNamara________