UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ODESSA BABBITT, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. NO. 07-274 S |
| | : | |
| PRI XVIII, L.P. d/b/a/ | : | |
| THE WESTIN PROVIDENCE | : | |
| Defendant. | : | |

**MOTION TO COMPEL FURTHER RESPONSES TO DEFENDANT'S REQUEST FOR PRODUCTION OF DOCUMENTS**

Pursuant to Fed. R. Civ. P. 37, Defendant PRI XVIII, L.P. d/b/a The Westin Providence ("Westin" or "Defendant") hereby requests that this Court order Plaintiff Odessa Babbitt ("Plaintiff") to provide further responses to Defendant's first request for production of documents to Plaintiff.

In August, 2007, Defendant served its first request for production of documents upon Plaintiff, the response to which was initially due on September 28, 2007. Defendant then agreed to Plaintiff's requests for two extensions of time within which to provide the responses to its request for production of documents, making Plaintiff's responses due on October 23, 2007. Plaintiff responded to Defendant's request for production of documents on October 24, 2007, a copy of which is attached hereto as Exhibit A.

Plaintiff's responses are insufficient as described below:

**Request No. 6:** All Documents, including Medical Records, concerning any consultation with or examination by any health care provider, healer or practitioner with whom you have consulted, treated, or by whom you have been examined since age seven through the date hereof.

**Plaintiff's Response:** Objection. This Request is overly broad and not reasonably calculated to [sic] to the discovery of relevant evidence. Further answering and without waiving said objection, Plaintiff has attached her medical records from treatment relative to the incidents cited in this Complaint.

**<u>Argument</u>:** Plaintiff's responses are incomplete. While some medical records were furnished, not all records are identifiable by provider. Moreover, Plaintiff's written response makes no attempt to correlate the individual records with any particular provider. Thus, it is impossible to determine the origin of many of the documents. Furthermore, Plaintiff's response is limited to "medical records from treatment relative to the incidents cited in this Complaint." In her Amended Complaint, Plaintiff claims she is entitled to "an order that Defendant make whole the Plaintiff by providing compensation for any pecuniary losses, including . . . medical treatment." Amended Complaint Prayer for Relief, ¶ c. In addition, Plaintiff asserts that Defendant's alleged conduct has caused her physical and emotional injury. <u>See</u> Amended Complaint, ¶¶ 30, 32(e), 35, 40, 44. The Plaintiff's answers to interrogatories and the few medical records she provided, however, appear to indicate that Plaintiff suffered from similar physical and emotional complaints to those she now claims were caused by Defendant, prior to Defendant's alleged acts. Thus, records reflecting Plaintiff's medical conditions prior to the "incidents cited in this Complaint" are both relevant and reasonably calculated to lead the discovery of admissible evidence and Defendant is entitled to view those records.

For the foregoing reasons, Defendant requests that this Court order Plaintiff to provide further responses to Defendant's request for production of documents within ten (10) days of the date of the hearing on, or determination of, this motion.

Respectfully submitted,

PRI XVIII, L.P. d/b/a
THE WESTIN PROVIDENCE

By its attorneys,

/s/ Neal J. McNamara_______________

Neal J. McNamara (#4249)
Jillian S. Folger-Hartwell (#6970)
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (facsimile)
nmcnamara@nixonpeabody.com
jfolgerhartwell@nixonpeabody.com

Dated: February 18, 2008

Of Counsel:

Dennis R. Gannon (#2280)
1140 Reservoir Avenue, Suite 3A
Cranston, RI 02920
(401) 228-8180
(866) 909-9863 (facsimile)
dgannonesq@cox.net

**RULE 37(a) CERTIFICATION**

The undersigned hereby certifies that he attempted to, in good faith, confer with Plaintiff vial telephone and a letter dated January 18, 2008, in an attempt to secure disclosure of the requested discovery without court action.

/s/ Neal J. McNamara_____________

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2008, this document filed through the ECF system will be sent electronically to the following registered participants who are eligible to receive electronic filings as identified on the Notice of Electronic Filing (NEF):

1. Stephen T. Fanning, Esq. @ Stephenfanning@msn.com
2. Dennis R. Gannon, Esq. @ dgannonesq@cox.net

/s/ Neal J. McNamara