# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ODESSA BABBITT
Plaintiff

v. C.A. No. 07-274 DLM

PRI XVIII, L.P. d/b/a
The Westin Providence

PLAINTIFF ODESSA BABBITT'S RESPONSES TO DEFENDANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff Odessa Babbitt hereby presents her responses to Defendant, PRI XVIII, L.P. d/b/a The Westin Providence ("Defendant") requests for Production of Documents.

**DOCUMENTS**

1. All Documents concerning any period of your employment with the Defendant.

Response No. 1: All responsive Documents have been attached. A copy of "The Procaccianti Group" is available for available for review and inspection at the offices of Attorney Stephen T. Fanning, 205 South Main Street, Providence, RI 02903.

2. All Documents concerning the termination of any period of your employment with the Defendant.

Response No. 2: All responsive Documents have been attached.

3. All Documents concerning the Defendant's policy with respect to sexual harassment.

RECEIVED OCT 25 2007

Response No. 3: All responsive Documents have been attached.

4. All Documents utilized or reviewed in preparing your answers to Defendant's Interrogatories.

5. All Documents concerning your computation of any damages which you allege in your Complaint.

Response No. 5: All Responsive Documents have been attached.

6. All Documents, including Medical Records, concerning any consultation with or examination by any health care provider, healer or practitioner with whom you have consulted, treated, or by whom you have been examined since age seven through the date hereof.

Response No. 6: Objection. This Request is overly broad and not reasonably calculated to the discovery of relevant evidence. Further answering and without waiving said objection, Plaintiff has attached her medical records from treatment relative to the incidents cited in this Complaint.

7. All Documents concerning medications which have been prescribed for you—or any non-prescription medications which you have used on a regular basis—since age seven through the date hereof.

Response No. 7.: Objection. This Request is overly broad and not reasonably calculated to the discovery of relevant evidence. Further answering and without waiving said objection, Plaintiff has attached her medical records from treatment relative to the incidents cited in this Complaint.

8. All Documents concerning the allegation set forth in ¶24 of your Complaint that your employment with the Defendant was terminated was because you are female.

Response No. 8: All Responsive Documents have been attached.

9. All Documents concerning any physical and/or emotional injuries you claim as a result of the matters alleged in your Compliant.

Response No. 9: All Responsive Documents have been attached.

10. All Documents concerning the amount of damages, compensation or other relief to which you claim to be entitled pursuant to the Complaint.

Response No. 10: All Responsive Documents have been attached.

11. All Documents concerning each distinct incident of sexual harassment which you allege occurred during the course of your employment with the Defendant.

Response No. 10: All Responsive Documents have been attached.

12. All Documents concerning any incidents of sexual harassment against any other person employed by the Defendant.

Response No. 12: All Responsive Documents have been attached.

Odessa Babbbitt
By Her Attorney,

Stephen Fanning

Stephen T. Fanning (#3900)
305 South Main Street
Providence, RI 02903
401-272-8250
401-272-4520 fax

CERTIFICATION

I hereby certify that I delivered by hand to counsel for the Defendant, Dennis Gannon at 1140 Reservoir Ave, 3rd floor, Cranston, RI 02920 on this 25 day of October 2007.

Stephen Fanning

______________________