UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ODESSA BABBITT,
Plaintiff

C.A. No.: 07-274 S

v.

PRI XVIII, L.P. d/b/a
THE WESTIN PROVIDENCE,
Defendant

**PLAINTIFF'S OBJECTION AND OPPOSITION TO DEFENDANT PRI XVIII, L.P. d/b/a THE WESTIN PROVIDENCE'S MOTION TO COMPEL FURTHER ANSWERS TO DEFENDANT'S INTERROGATORIES**

Now comes the Plaintiff, Odessa Babbitt in the above-captioned matter and files this Objection and Opposition to Defendant PRI XVIII, L.P. d/b/a The Westin Providence's Motion to Compel Further Answers to Defendant's Interrogatories.

For the reasons set forth in the attached Memorandum, Plaintiff respectfully urges that the Defendant's Motion be denied.

**Plaintiff respectfully requests a hearing on the above-referenced Objection and Opposition.**

Respectfully Submitted,
Odessa Babbitt
By Her Attorney,

/s/ Stephen T. Fanning
Stephen T. Fanning, Esq. #3900
305 South Main Street
Providence, RI 02903
401-272-8250- 401-272-4520 (fax)

**CERTIFICATION**

I hereby certify that on March 6, 2008, this document filed through the ECF system will be sent electronically to the following attorneys who are eligible to receive electronic filings:

1. Dennis R. Gannon Esq.
2. Neal J. McNamara

/s/ Stephen T. Fanning