UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ODESSA BABBITT,
Plaintiff

v.

C.A. No.: 07-274 S

PRI XVIII, L.P. d/b/a
THE WESTIN PROVIDENCE,
Defendant

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF HER OBJECTION AND OPPOSITION TO DEFENDANT PRI XVIII, L.P. d/b/a THE WESTIN PROVIDENCE'S MOTION TO COMPEL FURTHER ANSWERS TO DEFENDANT'S INTERROGATORIES**

Now comes the Plaintiff, Odessa Babbitt in the above-captioned matter and files this Memorandum in Support of her Motion in Objection and Opposition to Defendant PRI XVIII, L.P. d/b/a The Westin Providence's Motion to Compel Further Answers to Defendant's Interrogatories.

For the reasons set forth below, Plaintiff respectfully urges that the Defendant's Motion be denied.

INTERROGATORY NO. 4

Defendant seeks more specific information regarding Plaintiff's major/ courses of studies and/or degrees obtained and extra curricular activities. Defendant, in its Motion, avers that this inquiry is relevant because Plaintiff must show that she was qualified for her position and/or that a less qualified individual was hired to fill her position after she was terminated. Plaintiff avers that her extracurricular activities has absolutely no bearing whatsoever on this inquiry. Moreover, Plaintiff provided responsive information regarding her educational background. She was employed in the position of room

service attendant, at the time of her termination. Defendant's suggestion that it needs evidence to determine if Plaintiff was qualified for her position is clearly not made in good faith.

INTERROGATORY NO. 6

Defendant seeks facts in support of Plaintiff's allegations in Complaint, Paragraph 16. Plaintiff has responded in detail to the best of her ability.

INTERROGATORY NO. 9

Defendant seeks detailed information pertinent to Plaintiff's knowledge regarding incidents of sexual harassment involving other employees. Plaintiff stands by her objection in that the request clearly seeks information that is not within the reasonable purview of her knowledge and which is irrelevant to her claims.

INTERROGATORY NO. 12

Defendant seeks information regarding any conduct Plaintiff took to communicate to the perpetrators of the alleged harassment that their harassment was unwelcome. Plaintiff stands by her objection, in that she has responded to the best of her ability.

INTERROGATORY NO. 13

In Interrogatory No. 13, Defendant seeks information as to why Plaintiff was terminated because she was female. Plaintiff has fully responded and stands by her objection.

INTERROGATORY NO. 15

Defendant seeks information regarding Plaintiff's claimed physical and emotional injuries, Plaintiff has fully responded and stands by her objection.

INTERROGATORY NO. 16

Defendant seeks information relative to harm caused to Plaintiff's reputation and professional mobility. Plaintiff has fully responded and stands by her objection.

INTERROGATORY NO. 17

Defendant seeks information relative to Plaintiff's humiliation physical and emotional injury. This interrogatory is duplicative of Defendant's Interrogatories 15 and 16. Plaintiff has fully responded and stands by her objection.

INTERROGATORY NO. 19

Defendant seeks medical information, going back to Plaintiff's age seven. Plaintiff responded to this Interrogatory, in part, by providing pertinent information regarding medical treatment pertinent to the incidents in her complaint. The Defendant's request for information dating back to age 7 is not reasonably calculated to lead to the discovery of admissible evidence, is overbroad, over burdensome, and designed merely to harass and intimidate the Plaintiff.

INTERROGATORY NO. 20

Again, Defendant seek medications Plaintiff has taken since age 7. Plaintiff has provided reasonable responsive information with respect to Plaintiff's medical condition at or after the time of the events at issue in the Complaint, and otherwise stands by her objection.

**Based on the above the Plaintiff respectfully requests that the Defendant's Motion be DENIED.**

Respectfully Submitted,
Odessa Babbitt
By Her Attorney,

/s/ Stephen T. Fanning
Stephen T. Fanning, Esq. #3900
305 South Main Street
Providence, RI 02903
401-272-8250- 401-272-4520 (fax)

**CERTIFICATION**

I hereby certify that on March 6, 2008, this document filed through the ECF system will be sent electronically to the following attorneys who are eligible to receive electronic filings:

1. Dennis R. Gannon Esq.
2. Neal J. McNamara

/s/ Stephen T. Fanning