UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ODESSA BABBITT,
Plaintiff

C.A. No.: 07-274 S

v.

PRI XVIII, L.P. d/b/a
THE WESTIN PROVIDENCE,
Defendant

**PLAINTIFF'S OBJECTION AND OPPOSITION TO DEFENDANT PRI XVIII, L.P. d/b/a THE WESTIN PROVIDENCE'S MOTION TO COMPEL FURTHER RESPONSES TO DEFENDANT'S REQUEST TO PRODUCTION OF DOCUMENTS**

Now comes the Plaintiff, Odessa Babbitt in the above-captioned matter and files this Objection and Opposition to Defendant PRI XVIII, L.P. d/b/a The Westin Providence's Motion to Compel Further Responses to Defendant's Request for Production of Documents.

For the reasons set forth in the attached Memorandum, Plaintiff respectfully urges that the Defendant's Motion be denied.

**Plaintiff respectfully requests a hearing on the above-referenced Objection and Opposition.**

Respectfully Submitted,
Odessa Babbitt
By Her Attorney,

/s/ Stephen T. Fanning
Stephen T. Fanning, Esq. #3900
305 South Main Street
Providence, RI 02903
401-272-8250- 401-272-4520 (fax)

## CERTIFICATION

I hereby certify that on March 6, 2008, this document filed through the ECF system will be sent electronically to the following attorneys who are eligible to receive electronic filings:

1. Dennis R. Gannon Esq.
2. Neal J. McNamara

/s/ Stephen T. Fanning