UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ODESSA BABBITT,
Plaintiff

C.A. No.: 07-274 S

v.

PRI XVIII, L.P. d/b/a
THE WESTIN PROVIDENCE,
Defendant

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF HER OBJECTION AND OPPOSITION TO DEFENDANT PRI XVIII, L.P. d/b/a THE WESTIN PROVIDENCE'S MOTION TO COMPEL FURTHER RESPONSES TO DEFENDANT'S REQUEST FOR PRODUCTION**

Now comes the Plaintiff, Odessa Babbitt in the above-captioned matter and files this Memorandum in Support of her Motion in Objection and Opposition to Defendant PRI XVIII, L.P. d/b/a The Westin Providence's Motion to Compel Further Responses to Defendant's Request for Production of Documents.

For the reasons set forth below, Plaintiff respectfully urges that the Defendant's Motion be denied.

In Defendant's Document Request No. 6, it seeks Plaintiff's medical records dating back to age 7. The issues cited in the Complaint occurred in the fall 2006 when Plaintiff was in her early twenties. Plaintiff has provided all pertinent medical records from that time period and subsequent, to the date of response. The records are self evident relative to the specific provider of medical services and the purpose of said treatment. Defendant's request for records dating back to when the Plaintiff was a child and was geared merely to burden the Plaintiff with overly intrusive scrutiny, and is not reasonably calculated to lead to the discovery of reasonable evidence.

Respectfully Submitted,
Odessa Babbitt
By Her Attorney,

/s/ Stephen T. Fanning
Stephen T. Fanning, Esq. #3900
305 South Main Street
Providence, RI 02903
401-272-8250- 401-272-4520 (fax)

**CERTIFICATION**

I hereby certify that on March 6, 2008, this document filed through the ECF system will be sent electronically to the following attorneys who are eligible to receive electronic filings:

1. Dennis R. Gannon Esq.
2. Neal J. McNamara

/s/ Stephen T. Fanning