UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ODESSA BABBITT,<br>Plaintiff,<br><br>v.<br><br>PRI XVIII, L.P. d/b/a/<br>THE WESTIN PROVIDENCE<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. NO. 07-274 S |

**ORDER**

This matter came before Magistrate Judge Martin on March 18, 2008, on Defendant's Motion to Compel Further Answers to Defendant's Interrogatories ("Motion"). After hearing thereon, it is hereby

ORDERED, ADJUDGED, AND DECREED

1. Plaintiff Odessa Babbitt ("Plaintiff") shall provide a more detailed response to Interrogatory No. 19. Specifically, Plaintiff shall provide the full name and address of each health care provider with whom she has sought treatment since age seven (7), the dates of treatment with each provider, the dates medication was prescribed by each provider, the dates that such medication was taken, whether a diagnosis was given by each provider, and if so, what diagnosis was provided.

2. Plaintiff shall provide a more detained response to Interrogatory No. 20. Specifically, Plaintiff shall identify every prescription medication she has taken within the five (5) years preceding the date upon which Defendant PRI XVIII, L.P. d/b/a/ The Westin Providence ("Defendant") terminated her employment, the name and address of each healthcare

provider who prescribed such medication, the condition for which such medication was prescribed, and the dates taken.

3. Plaintiff shall identify with specificity every prescription medication taken to treat her injuries resulting from the incident which she alleges occurred at age seven (7) and the resulting Post Traumatic Stress Disorder for which she alleges she was diagnosed, including the name and address of each healthcare provider who prescribed such medication, and the dates during which Plaintiff took such medication(s).

4. If after a reasonable attempt to provide the list of medications referenced in Paragraphs 2 and 3 of this Order, Plaintiff is unable to provide such information, she must identify with specificity the names and addresses of all health care providers who prescribed such medications and provide Defendant with releases sufficient to permit Defendant to obtain the release of such information from the health care providers identified pursuant to this Paragraph.

5. Plaintiff shall provide a detailed description of each non-prescription medication she has taken to treat any symptoms which she claims arise from physical or mental health conditions caused by Defendant's actions.

6. Plaintiff must provide the above information/releases within twenty-one (21) days of the date of the hearing of the Motion.

ENTER:

David L Martin

Martin, M.J.

BY ORDER:

Matt Saucey

Dated: 4-3-08