UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ODESSA BABBITT,<br>Plaintiff,<br><br>v.<br><br>PRI XVIII, L.P. d/b/a/<br>THE WESTIN PROVIDENCE<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. NO. 07-274 S |

**ORDER**

This matter came before Magistrate Judge Martin on March 18, 2008, on Defendant's Motion to Compel Further Responses to Defendant's Request for Production of Documents ("Motion"). After hearing thereon, it is hereby

ORDERED, ADJUDGED, AND DECREED

1. Plaintiff Odessa Babbitt ("Plaintiff") shall produce all medical records requested in Defendant's Request for Production of Documents, Request No. 6, relating to a period of five (5) years preceding the date upon which Defendant PRI XVIII, L.P. d/b/a/ The Westin Providence ("Defendant") terminated her employment.

2. Plaintiff shall produce all medical records requested in Defendant's Request for Production of Documents, Request No. 6, relating to treatment resulting from the incident which she alleges occurred at age seven (7) and the resulting diagnosis of Post Traumatic Stress Disorder.

3. If after a reasonable attempt to procure the records referenced in Paragraph 2 of this Order, Plaintiff is unable to obtain such records, she must identify with specificity the names and addresses of all health care providers with whom she treated as a result of the incident which

she alleges occurred at age seven (7) and the resulting diagnosis of Post Traumatic Stress Disorder and provide Defendant with releases sufficient to permit Defendant to obtain the release of such records from the health care providers identified pursuant to this Paragraph.

5. Plaintiff must assemble all documents she has provided to date, which are responsive to Defendant's Request for Production of Documents No. 6, and any medical records that she provides to Defendant pursuant to this Order, in such a fashion as to specify the identity of the health care provider from whom the documents originated.

6. Plaintiff must provide the above documents/releases within twenty-one (21) days of the date of the hearing of the Motion.

ENTER:

David L Martin

Martin, M.J.

BY ORDER:

Dated: 4-3-08

Presented by:

Neal J. McNamara (#4249)
Jillian S. Folger-Hartwell (#6970)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (fax)

Dated: March 20, 2008