UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ODESSA BABBITT,<br>Plaintiff, | : | |
| v. | : | C.A. NO. 07-274 DLM |
| PRI XVIII, L.P. d/b/a/<br>THE WESTIN PROVIDENCE<br>Defendant. | : | |

**MOTION TO ENLARGE DISCOVERY**

Defendant PRI XVIII, L.P. d/b/a The Westin Providence ("Defendant") hereby moves to enlarge the close of discovery from May 15, 2008, up through and including July 18, 2008. Plaintiff has recently provided authorizations for release of medical records, but those records have not yet been received. Defendant is unable to take the depositions of plaintiff or her medical providers until we have received those records. The enlarged discovery period will be adequate to allow completion of the e production of medical records and the taking of necessary depositions by Defendant. Plaintiff's counsel has no objection to the proposed enlarged deadline.

Respectfully submitted,

PRI XVIII, L.P. d/b/a
THE WESTIN PROVIDENCE

By its attorneys,

/s/Neal J. McNamara
Neal J. McNamara (#4249)
Jillian S. Folger-Hartwell (#6970)
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (facsimile)
nmcnamara@nixonpeabody.com
jfolgerhartwell@nixonpeabody.com

Dated: April 29 , 2008

11000204.1

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion to Enlarge Discovery was served via electronic delivery to Stephen T. Fanning, Esq., 305 South Main Street, Providence, RI 02903 this 29th day of April, 2008.

/s/Neal J. McNamara