UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ODESSA BABBITT, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. NO. 07-274 DLM |
| | : | |
| PRI XVIII, L.P. d/b/a/ | : | |
| THE WESTIN PROVIDENCE | : | |
| Defendant. | : | |

**MOTION TO ENLARGE DISCOVERY**

Defendant PRI XVIII, L.P. d/b/a The Westin Providence ("Defendant") hereby moves to enlarge the close of discovery from July 18, 2008, up through and including September 18, 2008. Defendant has begun conducting depositions but has had difficulty scheduling the depositions of Plaintiff's doctors. In addition, Defendant has still not been able to obtain all Plaintiff's medical records. The enlarged discovery period will be adequate to allow completion of the taking of necessary depositions by both parties. Plaintiff's counsel has no objection to the proposed enlarged deadline.

Respectfully submitted,

PRI XVIII, L.P. d/b/a
THE WESTIN PROVIDENCE

By its attorneys,

/s/Neal J. McNamara
Neal J. McNamara (#4249)
Jillian S. Folger-Hartwell (#6970)
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (facsimile)
nmcnamara@nixonpeabody.com
jfolgerhartwell@nixonpeabody.com

Dated: July 9 , 2008

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion to Enlarge Discovery was served via electronic delivery to Stephen T. Fanning, Esq., 305 South Main Street, Providence, RI 02903 this 9th day of July, 2008.

/s/Neal J. McNamara_