UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ODESSA BABBITT, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. NO. 07-274-S-DLM |
| | : | |
| PRI XVIII, L.P. d/b/a/ | : | |
| THE WESTIN PROVIDENCE | : | |
| Defendant. | : | |

**DEFENDANTS' MOTION TO COMPEL PRODUCTION OF MEDICAL RECORDS**

Defendant PRI XVIII, L.P. d/b/a The Westin Providence ("Defendant"), pursuant to Fed. R. Civ. P. 26 and 37, hereby moves to compel Plaintiff Odessa Babbitt to produce medical records in connection with her two week treatment program at Rhode Island Hospital.

As grounds for this Motion, Defendant states that Plaintiff indicated at her deposition on July 1, 2008 that she was referred to and attended a two week psychiatric out-patient program at Rhode Island Hospital with a team of psychiatrist or therapists. At the deposition, Defendant's counsel advised Plaintiff's counsel that he did not have these records and Plaintiff's counsel stated that he would either obtain the records and send to Defendant, or provide appropriate releases to allow Defendant to obtain the records directly from the hospital.

On July 10, 2008 Defendant sent a letter to Plaintiff's counsel requesting these medical records, or in the alternative requesting that Plaintiff execute the provided patient authorization. See Exhibit A. Plaintiff's counsel did not respond to this letter.

Defendant's counsel has also attempted to contact Plaintiff's counsel to determine the status of these records to be produced, but has not received any response.

The requested records are not protected by attorney-client privilege and are otherwise clearly relevant and discoverable. Therefore, this Court should compel Plaintiff to produce the requested records without delay, within ten days of entry of an Order.

RULE 37(a)(2) CERTIFICATION

Counsel for Defendant hereby certifies that he has in good faith attempted to confer with Plaintiff's counsel in an effort to secure the requested records without court action. Due to the fact that Plaintiff's counsel has been unresponsive, court action is required.

**NO ORAL ARGUMENT IS REQUIRED.**

Respectfully submitted,
PRI XVIII, L.P. d/b/a
THE WESTIN PROVIDENCE

By its attorneys,
/s/Neal J. McNamara
Neal J. McNamara (#4249)
Jillian S. Folger-Hartwell (#6970)
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (facsimile)
nmcnamara@nixonpeabody.com
jfolgerhartwell@nixonpeabody.com

Dated: August 18, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion to Compel Production was served via electronic delivery to Stephen T. Fanning, Esq., 305 South Main Street, Providence, RI 02903 this 18th day of August, 2008.

/s/Neal J. McNamara