# A

NIXON PEABODY LLP
ATTORNEYS AT LAW
One Citizens Plaza
Suite 500
Providence, Rhode Island 02903-1345
(401) 454-1000
Fax: (401) 454-1030

Paula K. Gordon, Paralegal
Direct Dial: (401) 454-1169
E-Mail: pgordon@nixonpeabody.com

July 10, 2008

Stephen T. Fanning, Esq.
305 South Main Street
Providence, RI 02903

RE: Odessa Babbitt v. PRI XVII, L.P. d/b/a The Westin Providence;
C.A. No. 07-274 S

Dear Mr. Fanning:

Neal McNamara asked me to contact you to determine if you were able to obtain any additional information/records concerning Ms. Babbitt's two week treatment program at Rhode Island Hospital with "a team of doctors", as revealed in her recent deposition.

Please provide me with the medical records concerning this treatment or, if you would prefer, please have Ms. Babbitt execute the attached patient authorization allowing us to obtain the records directly from the hospital. If executing the patient authorization, please provide me with the dates of this treatment so I may complete section 1 of the authorization and also insert Ms. Babbitt's phone number on the first line of form where indicated.

Thank you for your attention to this matter. Please contact me should you have any questions.

Very truly yours,

Paula K Gordon

Paula K. Gordon, Paralegal

Enclosure

cc: Neal J. McNamara, Esq.

11079521.1

**Rhode Island Hospital**

***A Lifespan Partner***

**Health Information Services**
**593 Eddy Street**
**Providence, RI 02903**
**Tel: 401-444-4040**
**Fax: 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**

## Authorization for Use of Protected Health Information

Patient Name Odessa Babbitt Phone Number ____________

Date of Birth 11/22/83 Medical Record # (or SS#) 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

Address 685 Willet Avenue, Riverside, RI

1.I authorize Rhode Island Hospital to disclose my health information specific to the following date or time period:

---

2.Individual or entity authorized to receive my health information:

Nixon Peabody LLP and any of its representatives

---

3. Purpose for which disclosure is to be made:

For the lawsuit: Odessa Babbitt v. PRI, XVIII, L.P. d/b/a The Westin Providence. US District Ct., RI, C.A. No. 07-274

---

4. Information to be disclosed (check all applicable):

| | | | |
|---|---|---|---|
| ☐Abstract | ☐History & Physical Exam | ☐Operative Report | ☐Discharge Summary |
| ☐Consultation | ☐Laboratory Report | ☐Radiology Report | ☐Pathology Report |
| ☐EKG | ☐Emergency Dept. Record | ☒Entire Medical Record | ☐Other ____________ |

**THERE IS A PROCESSING FEE OF $10.00 AND $1.00 PER PAGE.**
**FOR MICROFILM/FICHE RECORDS, THE PROCESSING FEE IS $10.00 AND $1.50 PER PAGE**

5. To The extent applicable, I understand that my medical record may contain information that is considered sensitive under law. My check mark(s) below indicate(s) that I <u>do not</u> permit information of this type, if it exists, to be released. I understand that if I do not check the box, Rhode Island Hospital **will** release such information about me if it exists.

☐HIV/AIDS infection ☐Sexually transmitted diseases
☐Mental Health ☐Treatment for alcohol and/or drug abuse

8. I understand that my records are protected under the federal privacy laws and regulations and under the General laws of Rhode Island, and cannot be disclosed without my written consent except as otherwise specifically provided by law.

7. I understand that if the person(s) or entity(ies) that receives the information is not a health care provider or health plan covered by federal privacy regulations, the information described above may be re-disclosed and is no longer protected by those regulations. Therefore I release Rhode island Hospital, its employees and my physicians from all liability arising from this disclosure of my health information.

8. It is my understanding that this authorization will expire in 90 days from the date signed below. I understand that I may revoke this authorization by notifying, in writing, Rhode Island Hospital. I understand that any previously disclosed information would not be subject to my revocation request.

9. I understand that I may refuse to sign this authorization and that my refusal to sign will not affect my ability to obtain treatment, payment or my eligibility for benefits, unless otherwise described in the space provided here____________

---

**This form must be fully complete before signing.**

______________________ Signature of Patient or Patient's Legal Representative ______ Date ______________ Print Patient's Name

______________________ Print Name of Legal Representative (if applicable) ______________________ Relationship to Patient

Original – Chart Copy - Patient