**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ODESSA BABBITT,** | ) | |
| Plaintiff | ) | |
| | ) | C.A. No.: 07-274 S |
| **v.** | ) | |
| | ) | |
| **PRI XVIII, L.P. d/b/a The Westin Providence** Defendant | ) | |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF HER OBJECTION AND OPPOSITION TO DEFENDANT'S MOTION TO COMPEL PRODUCTION OF MEDICAL RECORDS**

Now comes the Plaintiff, Odessa Babbitt, and files this Memorandum in Support of her Objection and Opposition to Defendant PRI XVII, L.P. d/b/a The Westin Providence's Motion to Compel Production of Medical Records.

For the reasons set forth below, Plaintiff respectfully urges that the Defendant's Motion be Denied.

Plaintiff has executed and submitted to Defendant the necessary medical release(s) allowing Defendant to retrieve the requested medical documents directly from the provider. It is Plaintiff's understanding that the Defendant will obtain the requested records directly.

Respectfully Submitted,
Odessa Babbitt
By Her Attorney
Stephen T. Fanning
/s/ Stephen T. Fanning
Stephen T. Fanning (#3900)
305 South Main Street
401-272-8250/401-272-4520 fax

**Certification**

I hereby certify that a true and correct copy of the above was served by electronic mail on counsel for the Defendants: Dennis Gannon, 1140 Reservoir Ave, Suite 3A, Cranston, RI 02920 and Neal J. McNamara and Jillian Folger-Hartwell of Nixon Peabody LLP, One Citizens Plaza, Providence, RI 02903 on this 4th day of September, 2008.

/s/ Stephen T. Fanning