UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ODESSA BABBITT,<br>Plaintiff, | : | |
| v. | : | C.A. NO. 07-274 DLM |
| PRI XVIII, L.P. d/b/a/<br>THE WESTIN PROVIDENCE<br>Defendant. | : | |

**JOINT MOTION TO ENLARGE DISCOVERY**

The Plaintiff and Defendant in the above-referenced matter hereby move this Court to enlarge the close of discovery from September 18, 2008, up through and including, November 7, 2008. In support of this Joint Motion, the parties state that at this time they are still in the process of conducting depositions. In addition, Defendant has still not been able to obtain all Plaintiff's medical records. The enlarged discovery period will be adequate to allow completion of the taking of necessary depositions by both parties.

Respectfully submitted,

Odessa Babbitt

By her attorney,

/s/ Stephen T. Fanning
Stephen T. Fanning (#3900)
305 South Main Street
Providence, RI 02903
(401) 272-8250
(401) 272-4250 (facsimile)
stephenfanning@msn.com

Dated: September 12 , 2008

PRI XVIII, L.P. d/b/a
THE WESTIN PROVIDENCE

By its attorneys,

/s/Neal J. McNamara
Neal J. McNamara (#4249)
Jillian S. Folger-Hartwell (#6970)
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (facsimile)
nmcnamara@nixonpeabody.com
jfolgerhartwell@nixonpeabody.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Joint Motion to Enlarge Discovery was served via electronic delivery to Stephen T. Fanning, Esq., 305 South Main Street, Providence, RI 02903 this 12th day of September, 2008.

/s/Neal J. McNamara